UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

VIRGIL L. LACHANCE,

                Petitioner,

   -v-                                                             9:07-CV-901(LEK/ VEB)

SUPERINTENDENT RAYMOND
CUNNINGHAM,

                Respondent.

**DECISION AND ORDER**

      This matter comes before the Court following a Report-Recommendation filed on November 18, 2008 by the Honorable Victor E. Bianchini, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3 of the Northern District of New York.  Report-Rec. (Dkt. No. 15). After ten days from the service thereof, the Clerk has sent the entire file to the undersigned, including the objections by Petitioner Virgil L. LaChance, which were filed on November 21, 2008. Objections (Dkt. No. 17).

      It is the duty of this Court to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b). "A [district] judge . . . may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." Id.  This Court has considered the objections and has undertaken a de novo review of the record and has determined that the Report-Recommendation should be approved for the reasons stated therein.

      Accordingly, it is hereby

1

**ORDERED**, that the Report-Recommendation (Dkt. No. 15) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that LaChance's Amended Petition for a writ of habeas corpus (Dkt. No. 3) is **DENIED and DISMISSED in its entirety**; and it is further

**ORDERED**, that no Certificate of Appealability shall issue with regard to any of Petitioner's claims; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:   January 09, 2009
         Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge